No. D–792.   IN RE DISBARMENT OF SCHAEFER.   It is ordered that Brian D. Schaefer, of Longwood, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.